

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MM:JRS

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 1, 2023

<u>By ECF and Email</u>

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   <u>United States v. Daqua Ritter</u>
             <u>Case Number 23-MJ-96</u>

Dear Judge Bulsara:

      The government is in receipt of defendant Daqua Ritter's proposed medical order regarding potential treatment at the MDC. The government respectfully requests the opportunity to confer with the appropriate staff at the MDC regarding the pending application before the Court signs the proposed order. The government will endeavor to make a representative from the MDC available to answer any of the Court's questions or concerns.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

      By:   <u>    /s/   James R. Simmons       </u>
            James R. Simmons
            Assistant U.S. Attorney
            Eastern District of New York
            271-A Cadman Plaza East
            Brooklyn, NY 11201
            (718) 254-7511

cc:    Counsel of Record