

U.S. Department of Justice

*United States Attorney  
Eastern District of New York*

MJM:JRS

*271 Cadman Plaza East  
Brooklyn, New York 11201*

February 6, 2023

<u>By ECF and Email</u>

The Honorable Sanket J. Bulsara  
United States Magistrate Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

   Re: United States v. Daqua Ritter  
     Case Number 23-MJ-96

Dear Judge Bulsara:

  Attached please find a status report from the Bureau of Prisons in response to the Court's February 1, 2023 orders. In an abundance of caution, the government respectfully requests that the status report be filed under seal because the status report references the defendant's medical condition, but the government ultimately defers to the Court.

           Respectfully submitted,

           BREON PEACE  
           United States Attorney

      By: <u> /s/ James R. Simmons </u>  
         James R. Simmons  
         Assistant U.S. Attorney  
         Eastern District of New York  
         271-A Cadman Plaza East  
         Brooklyn, NY 11201  
         (718) 254-7511

cc: Clerk of the Court (SJB)  
   Counsel of Record